UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT DUKOWITZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JASON MERCER,<br><br>　　　　　Defendant. | Case No. C19-0114-BJR<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed plaintiff's complaint, the record of the case, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and noting the lack of any objection thereto, hereby finds and ORDERS as follows:

(1)　The Report and Recommendation is approved and adopted;

(2)　Plaintiff's complaint (Dkt. 6) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure of plaintiff to state a cognizable claim for relief under 42 U.S.C. § 1983; and

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 21st day of May, 2019.

*Barbara J Rothstein*
BARBARA JACOBS ROTHSTEIN
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2